UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 05-2346 ABC (CWx) <br> CV 07-5087 ABC (CWx) | Date | August 17, 2009 |
|---|---|---|---|
| Title | Roman Sasik, et al. v. AT&T Wireless Services, Inc. / Jane Waldmann, et al. vs. Cingular Wireless | | |

Present: The Honorable   Audrey B. Collins

| Angela Bridges | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| Not Present | Not Presnet |

**Proceedings:**     JOINT REPORT (In Chambers)

The due date for the parties' Joint Report is hereby continued to September 17, 2009.

**IT IS SO ORDERED.**

                                                                                                    :
                                                                          Initials of Preparer